# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102-5400
Tel: 973-643-7000
Fax: 973-643-6500

One Rockefeller Plaza
New York, NY 10020
Tel: 212-643-7000
Fax: 212-643-6500

Robert J. Alter
Member of the Firm
Direct Dial: (973) 643-5910
E-mail: ralter@sillscummis.com

650 College Road East
Princeton, NJ 08540
Tel: 609-227-4600
Fax: 609-227-4646

March 31, 2008

Hon. Katherine S. Hayden
U.S. District Court for the District of New Jersey
Frank R. Lautenberg U.S. P.O. and Courthouse, Room 311
P.O. Box 999
Newark, New Jersey 07101

    Re:    United States of America v. Thomas N. Staub
            Civil Action No.: 08-842 (KSH)
            (Electronically Filed Document)

Dear Judge Hayden:

        My purpose in writing this letter is to request a 15 day adjournment of the April 7, 2008 return date set by your Honor in an Order filed in the above referenced proceeding on March 19, 2008.

        I have just been retained by the respondent, Thomas N. Staub, in this matter and am simultaneously electronically filing my Entry of Appearance. I require the additional time to familiarize myself with this case and file an Answer to the Petition.

        My adversary, Thomas Jaworski, of the Department of Justice has authorized me to represent to your Honor that the United States has no objection to my request for additional time.

Very truly yours,

ROBERT J. ALTER

RJA/nf

cc:    Thomas Jaworski

*So Ordered.*
*Return date: 4/22/08*
*at 11 AM.*
*K. Hayden, USDJ*
*4·3·08*